UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re VINCENT THAKUR SINGH, dba PERFECT FINANCIAL GROUP, INC., dba AAMCO STOCKTON, INC., dba AAMCO ORANGEVALE, INC., fdba ACCEPTANCE CAPITAL, fdba PERFECT MORTGAGE and MALANIE GAY SINGH,<br><br>        Debtors,<br><br>MICHAEL F. BURKART, CHAPTER 7 TRUSTEE,<br><br>        Plaintiff,<br><br>  v.<br><br>ZIGGNASHA PATEL aka ZIGNASHA PATEL,<br><br>        Defendant. | No.  2:14-cv-01204-GEB (BK)<br><br>BK Case No.   10-42050-D-7<br><br>Adv. Proc. No. 12-2454<br><br>**ORDER ADOPTING THE BANKRUPTCY JUDGE'S PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW** |

      On August 14, 2012, Chapter 7 Trustee Michael Burkart ("Plaintiff") filed in the Bankruptcy Court a Complaint for Avoidance and Recovery of Fraudulent Transfer against Defendant Ziggnasha Patel aka Zignasha Patel ("Defendant"). (Adv. Pro. No. 12-2454, ECF No. 1.) Defendant failed to appear in the referenced adversary proceeding and default was entered on May 13, 2014.

1

1  (Adv. Pro. No. 12-2454, ECF No. 31.) Plaintiff subsequently filed
2  a Motion for Entry of Default Judgment, (Adv. Pro. No. 12-2454,
3  ECF No. 41), which was unopposed.
4       On May 15, 2014, the Bankruptcy Court filed findings
5  and recommendations on the default motion for this Court's review
6  pursuant to In re Bellingham Ins. Agency, Inc., 702 F.3d 553,
7  565-66 (9th Cir. 2012), aff'd, Exec. Benefits Ins. Agency v.
8  Arkison, --- S. Ct. ----, 2014 WL 2560461 (2014). No objections
9  to the findings and recommendations were filed.
10      In accordance with Executive Benefits Ins. Agency, 2014
11 WL 2560461, at *4 this Court has conducted a *de novo* review of
12 the matter and finds the findings and recommendations to be
13 supported by the record and by proper analysis.
14      Therefore, IT IS HEREBY ORDERED that:
15      1)   The   Bankruptcy   Court's   findings   and
16 recommendations filed May 15, 2014, are adopted in full;
17      2)   Plaintiff's Motion for Entry of Default Judgment,
18 (Adv. Pro. No. 12-2454, ECF No. 41), is GRANTED;
19      3)   Judgment shall be entered in favor of Plaintiff
20 against Defendant in the amount of $27,800.00.
21 Dated:  June 10, 2014

                                      GARLAND E. BURRELL, JR.
                                      Senior United States District Judge