UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael F. Burkart , <br><br>          Plaintiff, <br><br>    v. <br><br> Ziggnasha Patel, <br><br>          Defendant. | Case No. 2:14-cv-1204-GEB <br><br> **DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment in the amount of $27,800.00 is hereby ENTERED against defendant:

Ziggnasha Patel

Date: June 10, 2014                                   MARIANNE MATHERLY, CLERK

                                                      By: /s/ K. Zignago
                                                      Deputy Clerk